**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 05, 2023

Mr. Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
Suite 1128
53 W. Jackson Boulevard
Chicago, IL 60604

RE: 22-1801 United States v. Haitao Xiang

Dear Mr. Glozman:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

BNW

Enclosure(s)

cc: Mr. Kyle Timothy Bateman
Mr. Esha Bhandari
Mr. Bruce David Brown
Ms. Gwendolyn E. Carroll
Mr. Grayson Clary
Mr. Matthew T. Drake
Mr. Evan Falcon
Mr. Matthew Paul Kralovec
Ms. Stephanie Krent
Mr. Gregory J. Linhares
Ms. Jennifer Pinsof

Mr. Gabriel Rottman
Mr. Adam Louis Small
Mr. Jeffrey Michael Smith
Ms. KatieLynn B. Townsend
Mr. Nathan Freed Wessler
Mr. Scott Wilkens
Mr. Haitao Xiang
Ms. Hannah Zhao

District Court/Agency Case Number(s): 4:19-cr-00980-HEA-1