UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 22-1801

_____

United States of America

Plaintiff - Appellee

v.

Haitao Xiang

Defendant - Appellant

------------------------------

Electronic Frontier Foundation; American Civil Liberties Union; Knight First Amendment Institute at Columbia University; Reporters Committee for Freedom of the Press

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cr-00980-HEA-1)

_____

**JUDGMENT**

Before SMITH, Chief Judge, WOLLMAN, and LOKEN, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 05, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans