# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-1801

United States of America

Appellee

v.

Haitao Xiang

Appellant

------------------------------

Electronic Frontier Foundation, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cr-00980-HEA-1)

---

## MANDATE

In accordance with the opinion and judgment of May 5, 2023, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

May 26, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit